UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  Case No. 8:22-cr-00026-SCB-AAS

**ANTONIO LEMUS**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant, ANTONIO LEMUS, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 6th day of October, 2022 (Doc. 154).

DATED this 19th day of October, 2022.

                                                            Respectfully submitted,

                                                            _/s/ Lisa B. McLean_
                                                            Lisa B. McLean
                                                            McLean Mitchell, LLC
                                                            Florida Bar No.0883700
                                                            1115 East Cass Street
                                                            Tampa, Florida 33602
                                                            Telephone:    (813) 229-5343
                                                            Facsimile:     (813) 229-4797
                                                            Email:    lisa@mcleanmitchelldefense.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Joseph K. Ruddy

                                                            _/s/ Lisa B. McLean_
                                                            Lisa B. McLean
                                                            McLean Mitchell, LLC